U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MATTHEW LABEE | DOCKET NO. 1:05 CV 1015 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| ROBERT TAPIA, WARDEN | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this petition for a writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 12th day of August, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**